UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-373 (RHK/FLN)

---

UNITED STATES OF AMERICA,

                Plaintiff,        **ORDER TO FILE UNDER SEAL**

   v.

MIGUEL ANGEL GODINEZ-CHAVEZ (3),

                Defendant.

---

This matter came on before the Court on Defendant's Motion to Seal Document (Doc. No. 187). Based upon all the records and proceedings herein, **IT IS ORDERED** that the Defendant's Motion to Seal Document is **GRANTED**.

Dated: May 24, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge